

DOC.# 10430500

RECORDED 01/28/2015 02:25PM
JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: 30.00
FEE EXEMPT #:

# ASSIGNMENT

Document Number

When Recorded Return To:
RECORD & RETURN TO
CT LIEN SOLUTIONS
P.O. BOX 29071
Glendale, CA 91209-9071

Parcel ID No. 213-0420-3

---

THIS IS A STYLE "B" FORM UNDER WIS ACT 110 WITH 3X3 SPACE IN UPPER RIGHT CORNER
Milwaukee, Wisconsin
SELLER'S SERVICING #: ████████ "SANDERS"

MIN #:
Date of Assignment: January 15th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR FIRST FUNDING GROUP, LLC ITS SUCCESSORS AND ASSIGN at 1901 E. VOORHEES STREET, DANVILLE, IL 61834
Assignee: BAYVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146

Executed By: FANNIE SANDERS AND THOMAS SANDERS WIFE AND HUSBAND To: MERS-FIRST FUNDING GROUP, LLC
Date of Mortgage: 07/03/2007 Recorded: 08/30/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 09486974 In the County of Milwaukee, State of Wisconsin.

Parcel ID No 213-0420-3

Property Address: 7733 W GRANTOSA DR, MILWAUKEE, WI 53218

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $157,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR FIRST FUNDING GROUP, LLC ITS SUCCESSORS AND ASSIGN
On __1/16/15__

By: _____
ROBERT G. HALL, Assistant Secretary

ASSIGNMENT Page 2 of 2

STATE OF Florida
COUNTY OF Miami-Dade

On \_\_\_\_11/6/15\_\_\_\_, before me, ROGELIO A. PORTAL, a Notary Public in and for Miami-Dade in the State of Florida, personally appeared ROBERT G. HALL, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal.

ROGELIO A. PORTAL
Notary Expires: 08/25/2016 #EE 197169



ROGELIO A PORTAL
Notary Public - State of Florida
My Comm. Expires Aug 25, 2016
Commission # EE 197169

(This area for notarial seal)

Prepared By: Mariaruiz, BAYVIEW LOAN SERVICING, LLC. 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146

## LEGAL DESCRIPTION

LOT THIRTY (30), IN BLOCK NINE (9), IN LONGWOOD PARKSITES NO. 4, BEING A SUBDIVISION OF A PART OF THE SOUTHEAST 1/4 OF SECTION THIRTY-THREE (33). TOWNSHIP EIGHT (8) NORTH, RANGE TWENTY-ONE (21) EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN.
A.P.N.: 213-0420-3

DOC. # 10463168
RECORDED
05/22/2015 03:02PM
JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: $30.00
FEE EXEMPT #: 0
0
**This document has been
electronically recorded and
returned to the submitter.**

# ASSIGNMENT

Document Number

Return To:
Document Recording Services
PO Box 3008
Tallahassee, FL 32315
Loan # _____
RC # _____

Parcel ID No. 213-0420-3

---

THIS IS A STYLE "B" FORM UNDER WIS ACT 110 WITH 3X3 SPACE IN UPPER RIGHT CORNER
Milwaukee, Wisconsin
SELLER'S SERVICING: _____ "SANDERS"
Date of Assignment: May 8th, 2015
Assignor: BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY at 4425 PONCE DE LEON BLVD, SUITE # 400, CORAL GABLES, FL 33146
Assignee: U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST at 7144 E. STETSON DRIVE, SUITE 140, SCOTTSDALE, AZ 85251

Executed By: FANNIE SANDERS AND THOMAS SANDERS, WIFE AND HUSBAND To: FIRST FUNDING GROUP, LLC
Date of Mortgage: 07/03/2007 Recorded: 08/30/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 09486974 in the County of Milwaukee, State of Wisconsin.

Parcel ID No. 213-0420-3

Property Address: 7733 WEST GRANTOSA DRIVE, MILWAUKEE, WI 53218

Legal: LOT THIRTY (30), IN BLOCK NINE (9), IN LONGWOOD PARKSITES NO. 4, BEING A SUBDIVISION OF A PART OF THE SOUTHEAST 1/4 OF SECTION THIRTY-THREE (33), TOWNSHIP EIGHT (8) NORTH, RANGE TWENTY-ONE (21) EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $157,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
On _5/8/15_

By: _____
DAVID BRIGGS, First Vice President

STATE OF Florida
COUNTY OF Miami-Dade

The foregoing instrument was acknowledged and sworn to and subscribed before me this _5/8/15_ by DAVID BRIGGS, First Vice President, on behalf of the corporation.

PERSONALLY KNOWN __✓__ OR PRODUCED INDENTIFICATION _____ TYPE OF IDENTIFICATION PRODUCED _____

WITNESS my hand and official seal.

_____
ROGELIO A. PORTAL
Notary Expires: 08/25/2016 #EE 197169

ROGELIO A. PORTAL
MY COMMISSION # EE 197169
EXPIRES: August 25, 2016

(This area for notarial seal)

Prepared By: Jamie Rodriguez, BAYVIEW LOAN SERVICING, LLC. 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146

**LEGAL DESCRIPTION**

LOT THIRTY (30), IN BLOCK NINE (9), IN LONGWOOD PARKSITES NO. 4, BEING A SUBDIVISION OF A PART OF THE SOUTHEAST 1/4 OF SECTION THIRTY-THREE (33). TOWNSHIP EIGHT (8) NORTH, RANGE TWENTY-ONE (21) EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN.
A.P.N.: 213-0420-3